**Peter POTOTSKY, Plaintiff—Appellant,**

and

**Stephen Pototsky, Plaintiff,**

v.

**State of ARIZONA; et al., Defendants—Appellees.**

**No. 03–16846.**

**D.C. No. CV–03–00206–WDB.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 9, 2004.*

Decided Aug. 16, 2004.

Peter Pototsky, Tucson, AZ, pro se.

Catherine M. Stewart, Office of the Arizona Attorney General, Daryl A. Audilett, John Jams Kastner, Jr., Kimble Nelson Audilett McDonough & Molla PC, Tucson, AZ, John Colin Doyle, Stephen Anthony Mensing, Phoenix, AZ, Stephen A. Mensing, Doyle-Mensing, P.C., Scottsdale, AZ, for Defendants–Appellees.

Before SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

MEMORANDUM**

Peter Pototsky appeals pro se the district court's judgment dismissing his 42

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* Because the panel unanimously finds this case suitable for decision without oral argument, Pototsky's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

U.S.C. § 1983 action arising from the search and seizure of a vehicle owned by Pototsky and the arrest of Pototsky's son for disorderly conduct. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo. *Bianchi v. Rylaarsdam,* 334 F.3d 895, 896 (9th Cir.2003). We affirm.

The district court properly dismissed Pototsky's claims against the presiding judges in the forfeiture proceedings and in his son's criminal trial because a state judge is entitled to immunity for judicial actions taken within his jurisdiction. *See Olsen v. Idaho State Bd. of Med.,* 363 F.3d 916, 922–23 (9th Cir.2004).

The district court properly dismissed Pototsky's claims against the state of Arizona because those claims are barred by the Eleventh Amendment. *See Greater Los Angeles Council on Deafness, Inc. v. Zolin,* 812 F.2d 1103, 1110 (9th Cir.1987).

The district court properly dismissed Pototsky's claims against the Town of Superior and Officer Middleton based on the *Rooker–Feldman* doctrine. *See Bianchi,* 334 F.3d at 898–90.

We do not reach issues raised, but not argued, in Pototsky's opening brief. *See Kohler v. Inter–Tel Techs.,* 244 F.3d 1167, 1182 (9th Cir.2001) ("issues raised in a brief which are not supported by argument are deemed abandoned").

We also decline to consider contentions raised for the first time on appeal. *See Conn. Gen. Life Ins. Co. v. New Images of Beverly Hills,* 321 F.3d 878, 882 (9th Cir. 2003).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Pototsky's remaining contentions lack merit.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.